IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams Sr, Gregory E | Case Number: 08 B 00461 |
|---|---|---|
| | Williams, Michelle | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 1/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 11, 2008
Confirmed: April 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,000.00 | |
| Secured: | | 254.39 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,484.00 |
| Trustee Fee: | | 261.61 |
| Other Funds: | | 0.00 |
| Totals: | 4,000.00 | 4,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 3,484.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 5,401.46 | 254.39 |
| 4. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 2,440.92 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,035.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 504.42 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 76.54 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 495.61 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 605.15 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 802.38 | 0.00 |
| 12. | Capital One | Unsecured | 401.59 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 371.60 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 155.95 | 0.00 |
| 15. | Rockford Mercantile Agency | Unsecured | 1,244.89 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 919.81 | 0.00 |
| 17. | Allied Interstate | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 21. | KCA Financial Services | Unsecured | | No Claim Filed |
| 22. | Medical | Unsecured | | No Claim Filed |
| 23. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 24. | Medical | Unsecured | | No Claim Filed |
| 25. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 26. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams Sr, Gregory E  
Williams, Michelle  
Printed: 01/22/09

Case Number: 08 B 00461  
Judge: Wedoff, Eugene R  
Filed: 1/9/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 28. | Premier Credit | Unsecured | | No Claim Filed |
| 29. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 30. | PLS Financial | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 33. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 34. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 35. | Saint Joseph Hospital | Unsecured | | No Claim Filed |
| 36. | Premier Credit | Unsecured | | No Claim Filed |
| 37. | Pay Day Loans | Unsecured | | No Claim Filed |
| 38. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 17,939.32 | $ 3,738.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 156.07 |
| 6.6% | 105.54 |
| | $ 261.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

